JAN 1 _ 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                    07 CV 7840 (WHP)

---

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

Plaintiff,

- against -

FREIGHT SERVICES OF WEST COAST CORP.,

Defendant.

---

NOTICE OF DISMISSAL WITHOUT PREJUDICE

[F.R.Civ.P. 41(a)(1)(i)]

No answer or summary judgment motion having been served or filed by the defendant,

this action is hereby dismissed without prejudice.

Dated: New York, NY, January 15, 2008

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Plaintiff

By: ___Joseph De May, Jr._____
Joseph De May, Jr. [JD-9105]
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042\

*The Clerk of Court is directed to mark this case closed.*

*1/18/2008*

*William H. Pauley III*